The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POINT RUSTON, LLC; MICHAEL COHEN; JULIE MCBRIDE; LOREN COHEN; HOLLAND COHEN; MC RUSTON LLC; M&J REAL ESTATE INVESTMENT, LLC; MCBRIDE COHEN MANAGEMENT GROUP, LLC; ABERNETHY ROAD GROUP, LLC; MCBRIDE-COHEN CONSTRUCTION PAYROLL SERVICES, LLC; CENTURY TACOMA BUILDING, LLC; CENTURY CONDOMINIUMS, LLC; POINT RUSTON THEATRE, LLC; POINT RUSTON PHASE II, LLC; POINT RUSTON PHASE III, LLC; PR RETAIL, LLC; JLW POINT RUSTON INVESTMENTS, LLC,<br><br>Defendants. | No. 3:20-cv-5539-RBL<br><br>JOINT STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR STARR INDEMNITY & LIABILITY COMPANY'S MOTION FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE FOR RUSTON DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT |

Pursuant to Local Civil Rules 7(d)(1), (j) and (k) and 10(g), the undersigned parties respectfully request that the Court extend the deadlines pertinent to Starr Indemnity & Liability Company's Motion for Summary Judgment (Dkt. No. 43), which is currently noted for consideration on October 9, 2020 and set the deadlines for the filing of the Point Ruston Defendants' Cross-Motion for Summary Judgment to be noted for October 23, 2020 as follows:

JOINT STIPULATION AND ORDER TO MODIFY THE
BRIEFING SCHEDULE FOR STARR INDEMNITY & LIABILITY
COMPANY'S MSJ AND SETTING BRIEFING SCHEDULE FOR
RUSTON DEFENDANTS' CMSJ - 1
Case No. 3:20-cv-5539-RBL
FG:54008727.1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

| | |
|---|---|
| Ruston Defendants' Cross-Motion: | **October 1, 2020** |
| Responses to Motion and Cross-Motion: | **October 19, 2020** |
| Replies and Noted Dates: | **October 23, 2020** |

Good cause exists for extending and setting the briefing schedules, *e.g.*, to avoid overlapping briefing schedules and different noting dates.

DATED this 29th day of September, 2020.

*/s/ Jonathan Toren*
William F. Knowles, WSBA #17212
Jonathan Toren, WSBA #46896
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: (206) 340-1000
Facsimile: (206) 621-8783
Email: wknowles@cozen.com
Email: jtoren@cozen.com

*Attorneys for Plaintiff Starr Indemnity & Liability Company*

*s/ Jason R. Donovan*
Jason R. Donovan, WSBA #40994
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: j.donovan@foster.com

*Attorneys for Defendants Point Ruston LLC, Michael Cohen, Julie McBride, Loren Cohen, Holland Cohen, MC Ruston LLC, M&J Real Estate Investment, LLC, McBride Cohen Management Group, LLC, Abernethy Road Group, LLC, McBride-Cohen Construction Payroll Services, LLC, Century Tacoma Building, LLC, Century Condominiums, LLC, Point Ruston Theatre, LLC, Point Ruston Phase II, LLC, Point Ruston Phase III, LLC, AND PR Retail, LLC*

## **ORDER**

It is so ORDERED.

Dated this  30th  day of  September , 2020.

*[signature: Robert S. Lasnik]*

The Honorable Robert S. Lasnik
United States District Court Judge

---

JOINT STIPULATION AND ORDER TO MODIFY THE
BRIEFING SCHEDULE FOR STARR INDEMNITY & LIABILITY
COMPANY'S MSJ AND SETTING BRIEFING SCHEDULE FOR
RUSTON DEFENDANTS' CMSJ - 2
Case No. 3:20-cv-5539-RBL
FG:54008727.1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700