THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POINT RUSTON, LLC; MICHAEL COHEN; JULIE MCBRIDE; LOREN COHEN; HOLLAND COHEN; MC RUSTON LLC; M&J REAL ESTATE INVESTMENT, LLC; MCBRIDE COHEN MANAGEMENT GROUP, LLC; ABERNETHY ROAD GROUP, LLC; MCBRIDE-COHEN CONSTRUCTION PAYROLL SERVICES, LLC; CENTURY TACOMA BUILDING, LLC; CENTURY CONDOMINIUMS, LLC; POINT RUSTON THEATRE, LLC; POINT RUSTON PHASE II, LLC; POINT RUSTON PHASE III, LLC; PR RETAIL, LLC; JLW POINT RUSTON INVESTMENTS, LLC,<br><br>Defendants. | CASE NO. 3:20-cv-5539-RSL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT JLW POINT RUSTON INVESTMENTS, LLC WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY** |

STIPULATION AND ORDER FOR DISMISSAL - 1
LEGAL\48536031\1

# STIPULATION

Plaintiff Starr Indemnity & Liability Company ("Starr") and Defendant JLW Point Ruston Investments, LLC ("JLW"), by and through their attorneys of record, hereby stipulate and agree:

    (1) That Starr has no duty to defend or indemnify JLW with respect to the lawsuit titled *Thomsen Ruston, LLC, et al. v. Point Ruston, LLC, et al.*, Pierce County Superior Court Case No. 20-2-05437-8; and

    (2) To the dismissal of all claims between them, without prejudice and without fees or costs awarded against any party.

Starr is not dismissing its claims against any other party.

DATED this 7th day of October, 2020.

INSLEE, BEST, DOEZIE & RYDER PS

  */s/ William A. Linton*
William A. Linton, WSBA No. 19975
Daniel G. Findley, WSBA No. 43362
10900 NE 4th Street, Suite 1500
Bellevue, Washington 98004-8345
Office: (425) 455-1234
Fax: (425) 635-7720
Email: wlinton@insleebest.com
      dfindley@insleebest.com

*Attorneys for Defendant JLW Point Ruston Investments, LLC*

DATED this 7th day of October, 2020.

COZEN O'CONNOR

  */s/ Jonathan Toren*
William F. Knowles, WSBA No. 17212
Jonathan Toren, WSBA No. 46896
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
E-mail: wknowles@cozen.com
      jtoren@cozen.com

*Attorneys for Plaintiff Starr Indemnity & Liability Company*

# ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff Starr Indemnity & Liability Company and Defendant JLW Point Ruston Investments, LLC are hereby dismissed in their entirety without prejudice and without fees or costs against any party.

DATED this __8th__ day of __October__, 2020.

_____
The Honorable Robert S. Lasnik

Presented by:

COZEN O'CONNOR

 */s/ Jonathan Toren*
William F. Knowles, WSBA No. 17212
Jonathan Toren, WSBA No. 46896
*Attorneys for Plaintiff Starr Indemnity & Liability Company*

Approved; Notice of Presentation Waived:

 */s/ William A. Linton*
William A. Linton, WSBA No. 19975
Daniel G. Findley, WSBA No. 43362
*Attorneys for Defendant JLW Point Ruston Investments, LLC*

STIPULATION AND ORDER FOR DISMISSAL - 3
LEGAL\48536031\1