UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STARR INDEMNITY & LIABILITY COMPANY,

        Plaintiff,

        v.

POINT RUSTON LLC et al.,

        Defendants.

Case No. C20-5539RSL

ORDER TO SHOW CAUSE

On August 17, 2021, the Court denied plaintiff Starr Indemnity & Liability Company's "Motion for Summary Judgment" (Dkt. # 43) and granted defendants' "Motion for Partial Summary Judgment" (Dkt. # 48). Dkt. # 62. Judgment was entered in favor of defendants against plaintiff that same day and the case was closed. Dkt. # 63. Two days later, on August 19, 2021, defendants filed an Answer to the Amended Complaint with counterclaims against plaintiff. Dkt. # 64. Defendants are ORDERED to show cause, within twenty-one (21) days of this Order, why their Answer should not be stricken where the above-captioned matter has already been closed.

DATED this 26th day of August, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1