UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POINT RUSTON LLC *et al.*,<br><br>Defendants. | Case No. C20-5539<br><br>ORDER STRIKING MOTION FOR ATTORNEY'S FEES |

This matter comes before the Court on defendants' "Motion for <u>Olympic Steamship</u> Fees" (Dkt. # 68). Having reviewed the motion and the remainder of the record, the Court finds as follows:

On August 17, 2021, the Court granted summary judgment in favor of defendants, finding that "[plaintiff] has a duty to defend and indemnify defendants in connection with the underlying action, and [plaintiff] is not entitled to reimbursement of defense costs." Dkt. # 62 at 14. On August 28, 2021, defendants filed the unopposed motion for attorney's fees pursuant to <u>Olympic S.S. Co. v. Centennial Ins. Co.</u>, 117 Wn.2d 37 (1991), currently before the Court. <u>See generally</u> Dkt. # 68. Defendants' motion does not differentiate between attorney's fees related to the duty to defend and the duty to indemnify. <u>See id.</u> On June 1, 2022, the Ninth Circuit issued a memorandum disposition affirming the Court's ruling that plaintiff has a duty to defend, reversing the Court's ruling that plaintiff has a duty to indemnify on the ground that the Court ruled on the issue *sua sponte* without giving plaintiff reasonable notice to develop the facts to oppose this portion of the summary judgment order, and vacating the Court's denial of

ORDER STRIKING MOTION FOR
ATTORNEY'S FEES - 1

1 | costs.  See Dkt. # 76 (memorandum disposition); see also Dkt. # 77 (mandate).  On June 29,
2 | 2022, the Ninth Circuit entered an order granting defendants' motion for appeal-related
3 | attorney's fees pursuant to Olympic Steamship related to their arguments on the duty to defend
4 | but denying attorney's fees related to their arguments on the duty to indemnify.  See Dkt. # 81.
5 |     In light of the Ninth Circuit's rulings issued between the filing of defendants' motion for
6 | attorney's fees and the date hereof, the Court STRIKES defendants' motion for attorney's fees
7 | (Dkt. # 68) without prejudice to defendants' ability to file a new motion for attorney's fees
8 | related only to the duty to defend issue.
9 |     IT IS SO ORDERED.
10 |     DATED this 3rd day of August, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER STRIKING MOTION FOR
ATTORNEY'S FEES - 2